UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 1:12-CR-10107 |
| | ) | |
| BRIAN STURDIVANT | ) | |
|     Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Brian Sturdivant, by payment in full.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

DATE: February 19, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, this document was filed through the ECF system and sent to Brian Sturdivant located in Dorchester, MA, and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

/s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney