AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Brian Sturdivant

**SUMMONS IN A CRIMINAL CASE**

Case Number: 12-CR-10107-GAO

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 1 Courthouse Way<br>Boston, MA 02210 | Courtroom 25 |
| Before: U.S. Magistrate Judge Bowler | Date and Time<br>8/26/2014 2:15 pm |

To answer a(n)
- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☑ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

_____
Signature of Issuing Officer

Deputy Clerk
Name and Title of Issuing Officer

8/5/2014
Date